UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOACIR LIMA,

        Plaintiff,

  - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, TAMIKA S. MATHESON,
MELODEE KHRISTAN, and CARLOS M.
CARMONA,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
12-CV-3318 (RRM) (SMG)

A Memorandum and Order having been filed this day, granting defendants' motion to dismiss, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and that this case is hereby closed.

Dated: Brooklyn, New York
       July 1, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge